`UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

MAURICE BROWN, )
)
  Petitioner, )
vs. ) No. 2:05-cv-199-RLY-WGH
)
MARK A. BEZY, Warden, )
)
  Respondent. )

### Entry Discussing Petition for Writ of Habeas Corpus

The petition of Maurice Brown for a writ of habeas corpus is denied and this action is dismissed. The reason for this disposition is that the pleadings and the expanded record show that the two incident reports which are challenged in Brown's habeas petition were never processed as disciplinary matters and did not result in the imposition of any sanction which placed Brown in "custody," such that he could challenge that custody through an action for a writ of habeas corpus. *Montgomery v. Anderson,* 262 F.3d 641, 644 (7th Cir. 2001). The mere issuance of the incident reports, therefore, may not be challenged through an action for a writ of habeas corpus. *Cochran v. Buss,* 381 F.3d 637, 639 (7th Cir. 2004).

Judgment consistent with this Entry shall now issue.

**IT IS SO ORDERED.**

Date: 11/16/2005

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana